## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| Joseph R. Terando and Julie M. Terando | No.  08-03700 |
| Debtor | Hon.  Bruce W. Black |

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on January 11, 2013, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　　　_____/s/ Susan J. Notarius_____

### Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on John A. Reed Ltd and Glenn B. Stearns on January 11, 2013.

　　　　　　　　　　　　　　　　　　　　　　　_____/s/ Susan J. Notarius_____

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Joseph R. Terando and Julie M. Terando
903 Commercial Street
Marseilles, IL 61341

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

John A. Reed Ltd
63 W. Jefferson St #200
Joliet, IL 60432

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                                        Chapter 13

Joseph R. Terando and Julie M. Terando           No.  08-03700

                     Debtor                                 Hon.  Bruce W. Black

## RESPONSE TO NOTICE OF FINAL CURE

     Select Portfolio Servicing, Inc., Servicing agent for, Wells Fargo Bank, N.A., as Trustee , in trust for the registered holders of Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW3, files this, its Response to Notice of Final Cure

     Select Portfolio Servicing, Inc. agrees and confirms that the loan is current.

                                                           Submitted by:

                                                        _____/s/ Susan J. Notarius_____
                                                    Attorney for Select Portfolio Servicing, Inc.

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679